IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  07-cv-00052-WYD

UNITED STATES OF AMERICA,

       Petitioner,

v.

BOLACK ENTERPRISES, LLC,
BRADLEY BOLACK, PARTNER, and
BRADLEY R. BOLACK,

       Respondents.

_____

## ORDER OF DISMISSAL
_____

The Government filed a Motion to Dismiss [Docket #4] on March 8, 2007.  After a careful review of the Motion and the file, the court concludes that the Motion should be granted and the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that the Motion to Dismiss is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**, each party to pay their own costs and attorney's fees.

Dated:  March 12, 2007

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge